1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant-Petitioner
6  CARLOS ROBLES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           | Case No. 1:94-cr-05049 JLT
12 |            *Plaintiff,*             | **STIPULATION TO STAY TRANSPORT ORDER AND SET INITIAL APPEARANCE IN FRESNO; AND ORDER**
13 |       vs.                           |
14 | CARLOS ROBLES,                      |
15 |            *Defendant.*             |
16 |                                     | JUDGE: Hon. Barbara A. McAuliffe
17

18         A petition for violation of supervised release was filed in this matter on February 10,

19 2009.  Mr. Robles made his initial appearance on the petition in Sacramento on February 8,

20 2022, at which time the Court ordered Mr. Robles transported to Fresno for further proceedings.

21         IT IS HEREBY STIPULATED by and between the parties hereto through their

22 respective counsel that in light of Mr. Robles' medical condition, the transport order be stayed.

23 The parties request that the matter be set for an initial appearance in Fresno on Friday, February

24 11, 2022 at 2:00 p.m., at which time Mr. Robles will appear virtually from the Sacramento

25 County Jail with the understanding that the Office of the Federal Defender will coordinate with

26 the U.S. Marshal Service to facilitate Mr. Robles' virtual appearance.

27 //

28 //

Robles: Stipulation to Stay
Transport Order & Set Initial Appearance in
Fresno

RESPECTFULLY SUBMITTED,

PHILLIP A. TALBERT  
United States Attorney

DATED: February 9, 2022          By:     */s/ Mark J. McKeon*  
                                         MARK J. MCKEON  
                                         Assistant United States Attorney  
                                         Attorney for Plaintiff


HEATHER E. WILLIAMS  
Federal Defender

DATED: February 9, 2022          By:     */s/ Peggy Sasso*  
                                         PEGGY SASSO  
                                         Assistant Federal Defender  
                                         Attorney for Defendant  
                                         CARLOS ROBLES

## **ORDER**

GOOD CAUSE APPEARING, it is HEREBY ORDERED that the transport order in this case issued on February 8, 2022, be stayed and the matter set for an initial appearance in Fresno on **Friday, February 11, 2022, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**, with the defendant to appear virtually from Sacramento County Jail.

IT IS SO ORDERED.

Dated:   **February 9, 2022**              /s/ *Barbara A. McAuliffe*  
                                         UNITED STATES MAGISTRATE JUDGE