IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:94-CR-05049-001 |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CARLOS ROBLES | |
| Defendant. | |

The above-named defendant having been sentenced on March 11, 2022, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **March 11, 2022**

UNITED STATES DISTRICT JUDGE